# United States District Court
# Eastern District of California
Redding Branch

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>Chad Reynolds )<br>) | VIOLATE/CASE NO. 3:16-cr-0002 CMK<br><br>**ORDER TO APPEAR** |

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on April 26, 2016 at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 3-22-16

*Christy L. Pine*
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison